IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EFFICIENT ONLINE PURCHASING, LLC and CORDANCE CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., PAYPAL INC., VICTORIA'S SECRET DIRECT BRAND MANAGEMENT, LLC and VICTORIA'S SECRET STORES BRAND MANAGEMENT, INC.,<br><br>Defendants. | Civil Action No. 11-0222-UNA |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff Efficient Online Purchasing, LLC states that it is a Delaware limited liability company with a place of business at 500 Newport Center Drive, Suite 700, Newport Beach, CA 92660. Efficient Online Purchasing, LLC, certifies that it is a wholly owned subsidiary of parent company Acacia Research Group, LLC, a Texas limited liability company. Efficient Online Purchasing, LLC further certifies that Acacia Research Group, LLC is a wholly owned subsidiary of the publicly traded Acacia Research Corporation.

- 2 -

Dated: March 16, 2011

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

*/s/ Karen E. Keller*

John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600
*jshaw@ycst.com*
*kkeller@ycst.com*

*Attorneys for Plaintiffs Efficient Online Purchasing, LLC, and Cordance Corporation*

OF COUNSEL
Michael A. Albert
malbert@wolfgreenfield.com
Chelsea A. Loughran
cloughran@wolfgreenfield.com
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Ave.
Boston, MA 02210
(617) 646-8000