IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EFFICIENT ONLINE PURCHASING, LLC and CORDANCE CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., PAYPAL INC., VICTORIA'S SECRET DIRECT BRAND MANAGEMENT, LLC and VICTORIA'S SECRET STORES BRAND MANAGEMENT, INC.,<br><br>Defendants. | Civil Action No. 11-0222-UNA |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff Cordance Corporation states that it is a Washington corporation with its principal office at 3020 Issaquah-Pinelake Road #74, Sammamish, Washington 98075. Cordance Corporation certifies that it has no parent corporations nor does any publicly held company own ten percent (10%) or more of its stock.

- 2 -

Dated: March 16, 2011

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

/s/ Karen E. Keller
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600
*jshaw@ycst.com*
*kkeller@ycst.com*

*Attorneys for Plaintiffs Efficient Online Purchasing, LLC, and Cordance Corporation*

OF COUNSEL
Michael A. Albert
malbert@wolfgreenfield.com
Chelsea A. Loughran
cloughran@wolfgreenfield.com
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Ave.
Boston, MA 02210
(617) 646-8000