IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EFFICIENT ONLINE PURCHASING, LLC and CORDANCE CORPORATION,<br><br>    Plaintiffs,<br><br>v.<br><br>APPLE INC., PAYPAL INC., VICTORIA'S SECRET DIRECT BRAND MANAGEMENT, LLC and VICTORIA'S SECRET STORES BRAND MANAGEMENT, INC.,<br><br>    Defendants. | Civil Action No. 11-222-LPS |

**AFFIDAVIT OF SERVICE OF PROCESS OF DAVID M. FRY
PURSUANT TO 10 DEL. C. § 3104 AND L.R. 4.1(b)**

STATE OF DELAWARE      )
                                     ) SS:
COUNTY OF NEW CASTLE  )

    David M. Fry, having been duly sworn according to law, deposes and says as follows:

    1.    I am an associate with the law firm of Young Conaway Stargatt & Taylor, LLP, counsel to Plaintiffs Efficient Online Purchasing LLC and Cordance Corporation in this action.

    2.    Upon information and belief, Defendant Apple Inc. is a corporation duly organized and existing under the laws of the state of California and has a principal place of business at One Infinite Loop, Cupertino, California 95014.

    3.    On July 6, 2011, copies of the Summons and Complaint in this action were sent via Federal Express pursuant to 10 *Del. C.* § 3104, to Apple Inc., Attn: Legal Department, One Infinite Loop, Cupertino, CA 95014. See Exhibit A.

4. On July 7, 2011, I obtained notification that Apple Inc. accepted service of the Summons and Complaint on July 7, 2011. See Exhibit B.

The foregoing is true and correct to the best of my knowledge, information and belief.

	David M. Fry (No. 5486)
	YOUNG CONAWAY STARGATT
	& TAYLOR, LLP
	The Brandywine Building
	1000 West Street, 17th Floor
	Wilmington, Delaware 19801
	(302) 571-6600
	dfry@ycst.com

SWORN TO AND SUBSCRIBED before me this 8th day of July, 2011.

	Notary Public

**MAURA C. MEEHAN
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires April 29, 2014**